IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ESTATE OF DANIEL KEITH ROSS, <br><br> Plaintiff, <br><br> vs. <br><br> GALLATIN COUNTY; JIMMY R. BIGGS; CLAYLEEN I. PIPINICH; ABRAM EVANS; WESTERN MONTANA MENTAL HEALTH CENTER; and JOHN DOES 5-10, <br><br> Defendants. | CV 22–26–BU–DLC <br><br><br> ORDER |

At the request of counsel, the Court held a telephonic discovery call on May 9, 2025, to discuss Defendants' request to take the deposition of K.R. and Defendants' motion to compel on the same subject (Doc. 59). Pursuant to discussion between the parties and the Court, the following order is entered:

1. The Court will allow the discovery deposition of minor K.R.;

2. The deposition shall take place at Shodair Children's Hospital in Helena, Montana;

3. Only counsel for Plaintiff, counsel for Defendants, K.R., and K.R.'s caseworker with DPHHS, currently Cossette Wald, are permitted to

1

attend the deposition. The personal representative of the Estate of Daniel Keith Ross, Mary Poucher, shall not be in attendance;

4. Counsel for Plaintiff shall make all necessary arrangements with Shodair Hospital and with DPHHS caseworker Cossette Wald;

5. The deposition shall be limited to three hours. Counsel for Defendants shall have two and a half hours to conduct questioning and counsel for Plaintiff shall have thirty minutes;

6. Questioning may be conducted by Plaintiffs' counsel and one counsel for Defendants;

7. The parties shall take breaks as necessary to accommodate K.R.'s reasonable needs;

8. The parties shall suspend the deposition in the event K.R. encounters an emergency; and

9. The parties shall notify the Court of the date and time of the deposition.

IT IS FURTHER ORDERED that Defendants' motion to compel (Doc. 59) is DENIED AS MOOT.

DATED this 9th day of May, 2025.

_____
Dana L. Christensen, District Judge
United States District Court