IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ESTATE OF DANIEL KEITH ROSS, Plaintiff, vs. GALLATIN COUNTY; JIMMY R. BIGGS; ABRAM EVANS; and JOHN DOES 5-10, Defendants. | CV 22–26–BU–DLC ORDER |

Before the Court is Plaintiff's Unopposed Motion to Dismiss Claims against Defendants Pipinich and Western Montana Mental Health Center with Prejudice. (Doc. 72.) Plaintiff represents that a settlement has been reached with those Defendants, with each party to pay its own fees and costs. (*Id.* at 1.) The motion is not intended to have any effect on any remaining Defendant. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 72) is GRANTED. Plaintiff's claims against Defendants Pipinich and Western Montana Mental Health Center are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS FURTHER ORDERED that the case caption is amended as reflected above.

DATED this 11th day of July, 2025.

                                                                   Dana L. Christensen, District Judge
                                                                   United States District Court