IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ESTATE OF DANIEL KEITH ROSS, <br><br> Plaintiff, <br><br> vs. <br><br> GALLATIN COUNTY; JIMMY R. BIGGS; ABRAM EVANS; and JOHN DOES 5-10, <br><br> Defendants. | CV 22–26–BU–DLC <br><br><br> ORDER |

On July 11, 2025, the Court granted Plaintiff's Unopposed Motion to Dismiss Defendants Clayleen I. Pipinich and Western Montana Mental Health Center ("WMMHC") following a settlement between the parties. (Doc. 75.)

Accordingly, because Pipinich and WMMHC are no longer parties to this action, IT IS ORDERED that Pipinich's and WMMHC's Motion to Strike Expert Opinion (Doc. 57) is DENIED AS MOOT.

DATED this 17th day of July, 2025.

Dana L. Christensen, District Judge
United States District Court

1