IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ESTATE OF DANIEL KEITH ROSS, | CV 22–26–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GALLATIN COUNTY and JOHN DOES 5-10, | |
| Defendant. | |

Before the Court is Plaintiff's Unopposed Motion to Dismiss Action with Prejudice and to Vacate Trial Date and Remaining Case Deadlines. (Doc. 108.) The parties have reached a settlement agreement and seek to dismiss this matter with prejudice, with each party to bear their own costs and fees. (*Id.* at 1.)

Accordingly, IT IS ORDERED that Plaintiff's Motion (Doc. 108) is GRANTED. This matter is DISMISSED with prejudice, with each part to bear their own costs and fees.

IT IS FURTHER ORDERED that all remaining case deadlines, including the trial setting, are VACATED.

The Clerk of Court is directed to close this case.

DATED this 28th day of January, 2026.

1

_____
Dana L. Christensen, District Judge
United States District Court